BANK OF MANHATTAN COMPANY, as Successor Trustee, etc., Respondent, v. MARICH REALTY Co., INC., Appellant, and Others, Defendants.— Motion denied. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

MARGARET FOX, Respondent, v. GEORGE LEONARD FOX, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ. Settle order on notice.

FLORENCE L. HOLMES, Plaintiff, v. MARIANA I. GRAVENHORST, Respondent, and JOHN DOE, Tenant, Defendant. EUGENE M. TRAVIS, Receiver, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: On the facts shown in the record, was the receiver entitled to an order fixing the occupational rent of the mortgagor-owner in the absence of facts indicating that the motion should have been denied as a matter of discretion? Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of the Estate of JULIA A. JANIN, Deceased. ARTHUR O. TOWNSEND, as Executor, etc., Appellant; JULIA C. JANIN, Executor, etc., Respondent.— Motion to remove executrix granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ. Settle order on notice.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ISRAEL A. NEEDLEMAN, an Attorney and Counselor at Law.— Motion denied. The whole matter will be reviewed on the coming in of the official referee's report. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

GEORGE T. KELLY, Respondent, v. THE CITY OF YONKERS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

HUMPHREY J. LYNCH, as Trustee, Respondent, v. FLORENCE H. WENCK, Appellant; ERNEST E. WENCK and WESTCO REALTIES, INC., Defendants; JOHN F. MAHLSTEDT, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Young, J., not voting.

JAMES F. McCORMICK, Suing on Behalf of Himself and All Others Similarly Situated, Appellant, v. WESTCHESTER LIGHTING COMPANY, Respondent.— Motion to resettle order denied as unnecessary. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.